FILED IN
1ST COURT OF APPEALS
HOUSTON, TEXAS

JUN 2 6 2015

CHRISTOPHER A. PRINE
CLERK _____

**In The**
# Court of Appeals
**For The**
# First District of Texas

---

## NO. 01-015-00063-CV

---

**Patrick Cox, Appellant(s)**

**V.**

**Cara Cox, Appellee(s)**

---

**On Appeal from the 245th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2013-21966**

---

# Appellant's First Motion to Request Extension of Time to File Appellant's Brief

Appellant acting pro se comes before this Court and submits this Appellant's First Motion to Request Extension of Time to File Appellant's Brief.

Appellant has contacted opposing counsel on this matter and submits

submits this motion as an unopposed motion.

Appellant requests an extension of 30 days to file his initial brief with the Court. Due to other legal matters in other courts requiring Appellant's involvement with his attorneys in those matters, Appellant needs additional time to properly develop the arguments in this matter for this Court.

Appellants prays that this Court will order the relief sought by Appellant in this motion.

Respectfully Submitted by:

Patrick Cox
Pro Se Appellant
Mailing address: _____ 247 Hedwig Rd _____
Telephone number: ___ 832-495-9416 _____
Fax number: _____ 855-280-1504 _____
e-mail address: __divorce_cara@yahoo.com _____

# CERTIFICATE OF SERVICE

I certify that a true copy of the above was served on each attorney of record or party in accordance with the Texas Rules of Civil Procedure on June 26, 2015.

**email to:**
Alan Daughtry by email: alan@alandaughtrylaw.com
Attorney for Appellee

_____
Patrick Cox